# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JONATHAN ANTHONY ROMERO,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 81926 |
| JONATHAN ANTHONY ROMERO,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 81927 |

FILED

NOV 25 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are consolidated appeals from district court orders revoking probation and imposing sentence. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Appellant's counsel has filed notices of voluntary withdrawal of these appeals. Counsel advises this court that he has informed appellant of the legal effects and consequences of voluntarily withdrawing these appeals, including that appellant cannot hereafter seek to reinstate these appeals, and that any issues that were or could have been brought in these appeals are forever waived. Having been so informed, appellant consents to the voluntary dismissals of these appeals. Cause appearing, this court ORDERS these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-42968

cc: Hon. Steve L. Dobrescu, District Judge
Sears Law Firm, Ltd.
Attorney General/Carson City
White Pine County District Attorney
White Pine County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2